## CLIFFORD & BROWN
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

BANK OF AMERICA BUILDING
1430 TRUXTUN AVENUE, SUITE 900
BAKERSFIELD, CALIFORNIA 93301-5230

STEPHEN T. CLIFFORD
JAMES E. BROWN
ROBERT D. HARDING
ARNOLD ANCHORDOQUY
PATRICK J. OSBORN
MICHAEL L. O'DELL
GROVER H. WALDON
JOHN R. SZEWCZYK
STEPHEN H. BOYLE†
JAMES B. WIENS
RICHARD G. ZIMMER
CHARLES D. MELTON
TERI A. BJORN

† LLM TAXATION
∗ ALSO LICENSED IN VIRGINIA

T. MARK SMITH
WINIFRED THOMSON HOSS
CLAYTON A. MACK
JEREMY J. SCHROEDER
SHELLY S. MAURER
DANIEL T. CLIFFORD
CHRISTOPHER J. HAGAN
BRENDA A. ENDERLE
JOSEPH P. HANSON
VICTORIA M. ALEXANDER∗
KRISTIN A. ODOM
KELLI M. KING

OF COUNSEL
ANTHONY L. LEGGIO

KATHY R. SMITH
OFFICE ADMINISTRATOR

TELEPHONE NO.
(661) 322-6023 x134

FACSIMILE NO.
(661) 322-3508

E-MAIL
cblaw@clifford-brownlaw.com

WEBSITE
www.clifford-brownlaw.com

June 16, 2005

**FILED**
JUN 28 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**Via Federal Express**
Honorable Ronald Whyte
UNITED STATES DISTRICT COURT
280 South 1St Street, Rm. 2112
San Jose, CA 95113

Re: Susanne Palmer, et al. vs. Paul Stassinos, et al.
    USDC, Northern District of California, San Jose Division,
    CIV. No. 5:C04 03026 RMW (RS)

Dear Honorable Ronald Whyte:

Non-party, LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA, respectfully requests to telephonically attend the hearing on plaintiffs' Motion for Leave to Amend Complaint scheduled for June 24, 2005 at 9:30 a.m. in the above-entitled matter. Such telephonic attendance is not intended nor should not be construed as an appearance in the action.

Very truly yours,

T. MARK SMITH ∗

TMS:bp

cc: June D. Coleman, Esq.
    Paul Arons, Esq.

### ORDER

The Court hereby approves the request of counsel for non-party Legal Recovery Services of Central California to telephonically attend the ~~June 24,~~ July 1, 2005 hearing on plaintiffs' Motion for Leave to Amend Complaint.

DATED: June 28, 2005

_____
HONORABLE RONALD M. WHYTE,
Judge of the Northern District Court

Business Lit/50280-2/court.001