Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Harbor Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673
rand@horwitzlaw.com

Attorneys for Plaintiff
SUSANNE PALMER and SHARON HAMER

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

*E-FILED - 11/17/05*

| | |
|---|---|
| SUSANNE PALMER and SHARON HAMMER, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL STASSINOS et al.,<br><br>Defendants. | CIV. NO.  C04-03026 RMW<br><br>**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE CMC TO DEC. 16, 2005, and**<br>**ORDER**<br><br>Date:  November 18, 2005<br>Time:  10:30 a.m.<br>Courtroom 6 |

1  The Court will hear Plaintiff's Motion for Class Certification Friday, November 18, 2005.
2  Thus, Plaintiff believes it is appropriate to continue the Case Management Conference to December
3  16, 2005.  Plaintiff attempted to contact defendant's counsel (Mark Ellis, June Koper and Andrew
4  Steinheimer), but was informed they are all out of the office for the day.  Thus, Plaintiff is unaware as
5  to whether they join in this request to continue the matter, but does not believe Defendants oppose
6  such.

Dated: November 15, 2005

                /s/Ronald Wilcox
                **Ronald Wilcox, Counsel for Plaintiff**

## ORDER

**The Case Management Conference shall be continued to December 16, 2005 at 10:30 a.m.**

**IT IS SO ORDERED:**

/S/ RONALD M. WHYTE           11/17/05
**HON. RONALD WHYTE**           **DATE**

- 2 -

Plaintiff's Case Management Conference Statement