```
 1 | Mark E. Ellis - 127159
   | June D. Koper - 191890
 2 | MURPHY, PEARSON, BRADLEY & FEENEY
   | 701 University Avenue, Suite 150
 3 | Sacramento, CA  95825
   | Telephone:    (916) 565-0300
 4 | Facsimile:    (916) 565-1636
 5 | Attorneys for Defendant
   | PAUL R. STASSINOS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/7/05*

| | |
|---|---|
| SUSANNE M. PALMER and SHARON HAMMER, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PAUL R. STASSINOS, an Individual and DOES 1 through 20,<br><br>Defendants. | Case No.:          C04 03026 RMW<br>Related Actions:  C04-03027 RMW<br>                          C04-03237 RMW<br>                          C05 02280 RMW<br><br>ATTORNEY STASSINOS'S CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Currently Scheduled:<br>Date:         November 18, 2005<br>Time:        10:30 a.m.<br>Courtroom:  6<br><br>Proposed CMC Date:<br>Date:         January 13, 2006<br>Time:        10:30 a.m.<br>Courtroom:  6 |

Attorney Stassinos submits the following case management conference statement separately, to respond to plaintiffs' separate statement. Defense counsel was out of the office after 2:00 p.m. yesterday, which must have been when plaintiffs' counsel attempted to contact defense counsel to discuss the separate statement filed by plaintiffs. If plaintiffs' counsel had left a message or sent e-mail or other correspondence, defense counsel could have responded and the parties could have consulted in the preparation of a joint statement. However, no such message was left and no such correspondence was sent.

- 2 -

Attorney Stassinos does not object to plaintiff's requested continuance in general, but suggests that the case management conference be rescheduled to January 13, 2006, when counsel is already scheduled to appear before this Court in the related case of **Carrizosa v. Stassinos**, case no. C05-02280 RMW.  Defense counsel has met and conferred with plaintiffs' counsel and plaintiffs' counsel stipulated to the January 13, 2006 date.

Dated: November 16, 2005

MURPHY, PEARSON, BRADLEY & FEENEY

By _____/s/ June D. Koper_____
June D. Koper
Attorneys for Defendant
PAUL R. STASSINOS

IT IS SO ORDERED that the November 18, 2005 case management conference is continued to January 13, 2006, at 10:30 a.m. in Courtroom 6.

Dated: 12/7/05

/S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
Judge, U.S. District Court
Northern District of California

JDK.10296817.doc