1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA  95825
   Telephone:   (916) 565-0300
4  Facsimile:   (916) 565-1636

5  Attorneys for Defendant
   PAUL R. STASSINOS
6

7

8               UNITED STATES DISTRICT COURT

9        DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION           *E-FILED - 2/15/06*

11

12 | SUSANNE M. PALMER and SHARON            Case No.: C04 03026 RMW
   | HAMMER, on behalf of herself and all others    ORDER GRANTING REQUEST TO CONTINUE
13 | similarly situated                       JOINT CASE MANAGEMENT
   |                                          CONFERENCE STATEMENT
14 |        Plaintiff,
   |                                          Date: February 17, 2006
15 | v.                                       Time: 10:30 a.m.
   |                                          Courtroom: 6
16 | PAUL R. STASSINOS, an Individual and DOES
   | 1 through 20,
17 |
   |        Defendants.
18

19
        On January 6, 2006, the parties of the above-entitled action submitted a Case Management
20
   Conference Statement in which they agreed that it would not be productive to hold a Case
21
   Management Conference until the Court had decided plaintiffs' pending Motion for Class
22
   Certification.  Since that time, the Court has requested further briefing, which is not due to be
23
   completed until February 15, 2006.  Additionally, the Court has not yet ruled on plaintiffs' Motion for
24
   Leave to File Amended Complaint, to add the plaintiffs and defendants in the related case of *Carrizosa*
25
   *v. Stassinos*, Civ. No. 05-2280.  Accordingly, the parties agree that the Case Management Conference
26
   should be continued for a period of sixty to ninety days.
27

28
                                      - 1 -

| | |
|---|---|
| 1 | Dated: February 12, 2006 |
| | s/ Paul Arons |
| 2 | Paul Arons, Counsel for Plaintiffs |
| 3 | Sharon Hammer and Susanne Palmer |
| 4 | |
| 5 | Dated: February 12, 2006 |
| | June ~~Coleman~~ Koper |
| 6 | Murphy Pearson Bradley & Feeney |
| 7 | Counsel for Defendant Paul R. Stassinos |

Having considered the parties' Joint Request to Continue Case Management Conference, the request is granted. A Case Management Conference shall be held on May 19, 2006, at 10:30 a.m. in Courtroom 6. The parties shall file a Joint Case Management Conference Statement no later than May 12, 2006.

DATED: 2/15/06

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
Judge, United States District Court