|   |   |
|---|---|
|   | **E-FILED on** 12/20/07 |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSANNE M. PALMER and SHARON HAMMER,<br><br>          Plaintiff,<br><br>     v.<br><br>PAUL R. STASSINOS,<br><br>          Defendant. | No. C-04-03026 RMW<br><br>REQUEST FOR STATUS; ORDER SETTING CASE MANAGEMENT CONFERENCE |
| SUSANNE M. PALMER,<br><br>          Plaintiff,<br><br>     v.<br><br>FAR WEST COLLECTION SERVICES, INC.,<br><br>          Defendant. | No. C-04-03027 RMW<br><br>REQUEST FOR STATUS; ORDER SETTING CASE MANAGEMENT CONFERENCE |
| SUSANNE M. PALMER,<br><br>          Plaintiff,<br><br>     v.<br><br>I.C. SYSTEM, INC.; and B. BROWN.,<br><br>          Defendant. | No. C-04-03237 RMW<br><br>REQUEST FOR STATUS; ORDER SETTING CASE MANAGEMENT CONFERENCE |

| | |
|---|---|
| 1 | The court requests that the parties in the above-captioned cases submit a status report and |
| 2 | appear at a case management conference to update the court on the progress of the cases. The |
| 3 | parties shall appear Friday, January 25, 2008 at 10:30 a.m. for a status conference. The parties shall |
| 4 | file a joint status report by Friday, January 18, 2008. The court prefers that the parties file a single |
| 5 | joint status report for all cases, but will accept a separate joint status report for each case, if |
| 6 | necessary. |

DATED: 12/20/07

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

| | |
|---|---|
| Ronald Wilcox | ronaldwilcox@post.harvard.edu |
| O. Randolph Bragg | rand@horwitzlaw.com |
| Paul Arons | lopa@rockisland.com |
| Brian Bromberg | brian@bromberglawoffice.co |

**Counsel for Defendant(s):**

| | |
|---|---|
| Andrew Steinheimer | asteinheimer@mpbf.com |
| Mark Ellis | mellis@mpbf.com |
| June D. Coleman | jcoleman@mpbf.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 12/20/07         /s/ MAG
                            **Chambers of Judge Whyte**