Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 37806498
lopa@rockisland.com

*E-FILED - 3/24/08*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RICHARD CARRIZOSA, et al., <br><br> Plaintiffs, <br> vs. <br><br> PAUL R. STASSINOS, et al., <br><br> Defendants. | CIV. NO. C05 2280 RMW <br><br> STIPULATION AND JOINT REQUEST FOR ORDER MODIFYING HEARING SCHEDULE FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION MOTIONS |
| SUSANNE PALMER, et al, <br><br> Plaintiffs, <br> vs. <br><br> PAUL R. STASSINOS, et al., <br><br> Defendants. | CIV. NO. C04 3026 RMW |

At the Case Management Conference held in the above entitled cases on February 15, 2008, the Court adopted the parties' proposal and ordered the following briefing and hearing schedule for summary judgment motions in the above-referenced actions, and for a class certification motion in *Carrizosa v. Stassinos*:

   March 18, 2008-Deadline for filing motions;

   April 1, 2008-Deadline for filing opposition papers;

   April 8, 2008-Deadline for filing reply papers

   May 2, 2008-Hearing date

Civ. Nos. 04-3026; 05-2280-JOINT REQUEST AND ORDER TO MODIFY BRIEFING SCHEDULE: Page 1

Plaintiffs Richard Carrizosa and Mary Pea have filed a motion for class certification, but conflicting professional obligations now make it impossible for plaintiffs to meet this schedule with respect to the motions for summary judgment. Defendants believe that the class certification motion should be heard no earlier than the motions for summary judgment. The parties have conferred and agreed on the following schedule, which they request the Court to adopt:

    April 4, 2008-Deadline for filing motions;

    May 19, 2008-Deadline for filing opposition papers;

    May 28, 2008-Deadline for filing reply papers

    June 20, 2008-Hearing date

Dated: March 17, 2008

    /s Paul Arons
**Paul Arons, Counsel for Plaintiffs**

Dated: March 17, 2008

    s/June Coleman
**June Coleman, Counsel for Defendant Paul R. Stassinos and Central Valley Legal Recovery Services, Inc.**

Dated: March 17, 2008

    s/ Candace Pagliero
**Candace Pagliero, Counsel for Defendant Legal Recovery Services, Inc. and Alan Mecham**

**IT IS SO ORDERED.**

The parties' summary judgment motions and the class certification motion in *Carrizosa v. Stassinos* shall be filed no later than April 4, 2008. Any oppositions shall be filed no later than May 18, 2008. Any replies shall be filed no later than May 28, 2008. The hearings on these motions shall be on June 20, 2008 at 9:00 a.m.

DATED: 3/24/08

*Ronald M. Whyte*

Honorable Ronald M. Whyte
Judge, United States District Court

Civ. Nos. 04-3026; 05-2280-JOINT REQUEST AND ORDER TO MODIFY BRIEFING SCHEDULE: Page 2