1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  Andrew M. Steinheimer - 200524
   ELLIS, COLEMAN, POIRIER, LAVOIE,
3   & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
4  Sacramento, CA  95825
   Tel: (916) 283-8820
5  Fax: (916) 283-8821

6  Attorneys for Defendant PAUL STASSINOS

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION            *E-FILED - 6/11/08*

11

| 12 | RICHARD CARRIZOSA AND MARY PEA, | Case No.: C05 02280 RMW (RS) |
|----|---------------------------------|------------------------------|
| 13 | Plaintiffs, | Related Action: C04 03026 RMW (RS) |
| 14 | v. | **STIPULATION AND JOINT REQUEST TO MODIFY BRIEFING SCHEDULE FOR FILING REPLY BRIEFS WITH RESPECT TO SUMMARY JUDGMENT AND CLASS CERTIFICATION MOTIONS AND [PROPOSED] ORDER** |
| 15 | PAUL STASSINOS, LEGAL RECOVERY SERVICES, INC.; LEGAL RECOVERY SERVICES OF CENTRAL CALIFORNIA; CENTRAL VALLEY LEGAL RECOVERY SERVICE, INC.; ALAN MECHAM, | |
| 18 | Defendants. | Date: June 20, 2008<br>Time: 9:00 a.m. |
| 19 | | The Honorable Ronald M. Whyte |
| 20 | SUSANNE M. PALMER and SHARON HAMMER, on behalf of herself and all others similarly situated | Case No.: C04 03026 RMW (RS)<br>Related Action: C05 02280 RMW (RS) |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24 | PAUL R. STASSINOS, an Individual and DOES 1 through 20, | |
| 25 | Defendants. | |

- 1 -

Plaintiffs Carrizosa and Pea have a motion for class certification scheduled for June 20, 2008 at 9:00 a.m.  Plaintiffs Carrizosa, Pea, Hammer and Palmer and defendant Stassinos have motions for partial summary judgment on calendar for June 20, 2008.  Under the current briefing schedule set by the Court, with input from the parties, Reply Briefs are to be filed by May 28, 2008.

However, due to a number of conflicts for counsel, plaintiffs have requested, and defendants agree, to modify this schedule to make the date for filing all Reply Briefs May 30, 2008.  The hearing date will remain the same.   Thus, the parties hereby stipulate and agree to modify the briefing schedule so that Reply Briefs are due on May 30, 2008.

IT IS SO STIPULATED.

Dated: May 28, 2008                    Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

                                       By  /s
                                           Andrew Steinheimer
                                           Attorney for Defendant
                                           PAUL STASSINOS

Dated: May 28, 2008                    Law Offices of Paul Arons

                                       By  /s
                                           Paul Arons
                                           Attorney for Plaintiff
                                           SUZANNE PALMER and SHARON HAMMER,
                                           AND RICHARD CARRIZOSA and MARY PEA

Dated: May 28, 2008                    Pagliero and Associates

                                       By  /s
                                           Candace Pagliero
                                           Attorney for Defendants
                                           LEGAL RECOVERY SERVICES, INC. and AL
                                           MECHAM

STIPULATION AND JOINT REQUEST TO MODIFY BRIEFING SCHEDULE FOR FILING REPLY BRIEFS WITH RESPECT TO SUMMARY JUDGMENT AND CLASS CERTIFICATION MOTIONS AND [XXXXXXXX] ORDER

# ORDER

Pursuant to the stipulation of the parties, the Court hereby modifies the current briefing schedule so that Reply Brief for motions for class certification and motions for summary judgment shall be filed no later than May 30, 2008.

**IT IS SO ORDERED.**

DATED: 6/11/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge

STIPULATION AND JOINT REQUEST TO MODIFY BRIEFING SCHEDULE FOR FILING REPLY BRIEFS WITH RESPECT TO SUMMARY JUDGMENT AND CLASS CERTIFICATION MOTIONS AND [PROPOSED] ORDER