Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 37806498
lopa@rockisland.com

Ronald Wilcox, State Bar #
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

O. Randolph Bragg, Ill. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Attorneys for Plaintiffs

*E-FILED - 6/23/10*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SUSANNE PALMER, et al.,<br>             Plaintiffs,<br><br>vs.<br><br>PAUL R. STASSINOS, et al.,<br><br>             Defendants. | CIV. NO. 5:C04 03026 RMW<br><br>ORDER GRANTING REQUEST TO EXTEND TIME TO FILE MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS<br>(proposed) |

Pursuant to the stipulation of the parties in the above-entitled action, the deadline for plaintiffs to file a motion for reasonable attorneys' fees and costs is extended from June 14, 2010 to July 16, 2010, with the matter set for hearing on August 27, 2010.

IT IS SO ORDERED.

DATED:  6/23/10

*Ronald M. Whyte*
Hon. Ronald M. Whyte, Judge
United States District Court