Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 37806498
lopa@rockisland.com

Ronald Wilcox, State Bar #
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

O. Randolph Bragg, Ill. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Attorneys for Plaintiffs

*E-FILED - 8/16/10*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SUSANNE PALMER, et al.,<br>        Plaintiffs,<br><br>vs.<br><br>PAUL R. STASSINOS, et al.,<br><br>        Defendants. | CIV. NO. 5:C04 03026 RMW<br><br>ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS ( |

   In accordance with the stipulation of the parties, and good cause appearing therefore,

   IT IS HEREBY ORDERED that the August 27, 2010 hearing on Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs is continued to October 1, 2010.  Defendant Stassinos withdraws his Objection and Motion to Strike Plaintiffs' Motion for Reasonable

Civ. Nos. 04-3026- ORDER TO CONTINUE HEARING ON MOT. FOR FEES & COSTS: Page 1

Attorneys' Fees and Costs, Docket No. 255 and plaintiffs withdraw their Request to Extend Time for Filing Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs.  Docket No. 256.

**IT IS SO ORDERED.**

DATED: 8/16/10



Hon. Ronald M. Whyte, Judge
United States District Court