1  **Paul Arons, State Bar #84970**
**LAW OFFICE OF PAUL ARONS**
2  **685 Spring Street, #104**
**Friday Harbor, WA 98250**
3  **Tel:  (360) 378-6496**
**Fax: (360) 378-6498**
4  **lopa@rockisland.com**
5

6  **Ronald Wilcox, State Bar #176601**
**LAW OFFICE OF RONALD WILCOX**
7  **2160 The Alameda, 1st Flr., Suite F**
**San Jose, CA 95126**
8  **Tel:  (408) 296-0400**                    *E-FILED - 9/15/10*
**Fax: (408) 296-0486**
9

10 **O. Randolph Bragg, IL. Bar #06221983**
**HORWITZ, HORWITZ & ASSOCIATES**
11 **25 East Washington, Suite 900**
**Chicago, IL 60602**
12 **(312) 372-8822**
13

14 **Attorneys for Plaintiffs**

15            **UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16                **SAN JOSE DIVISION**

17

| | |
|---|---|
| **SUSANNE PALMER and SHARON HAMMER** | **CIV. NO. 04-3026 RMW (RS)** |
| **Plaintiffs,** | **CLASS ACTION** |
| | **STIPULATED AMENDED JUDGMENT** |
| **vs.** | |
| **PAUL R. STASSINOS,** | |
| **Defendant.** | |

24        Having considered the stipulation of the parties, the Stipulated Judgment

25 previously entered on May 13, 2010, Docket No. 246, is amended to add reasonable

26 attorney's fees and costs.  An Amended Judgment is entered as follows:

27

28

1

2          1.   By sending or causing to be sent to plaintiffs a collection letter on the

3    letterhead of the creditor, defendant Paul R. Stassinos violated the Fair Debt Collection

4    Practices Act, (FDCPA), 15 U.S.C. § 1692e(14).

5          2.   By sending or causing to be sent to plaintiffs a collection letter seeking

6    collection of prejudgment interest on a dishonored check, defendant Paul R. Stassinos

7    violated the FDCPA, 15 U.S.C. § 1692f(1), since prejudgment interest on a dishonored

8    check is not permitted by law.

9          3.   For these violations of the FDCPA, each plaintiff is entitled to statutory

10   damages of $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A).

11          4.   As the prevailing plaintiffs, herein, plaintiffs are entitled to their

12   reasonable attorney's fees and costs, pursuant to 15 U.S.C. § 1692k(a)(3), in the amount

13   of $85,000.

14          5.   Therefore, judgment is entered for plaintiffs' Suzanne Palmer and

15   Sharon Hammer and against defendants Paul Stassinos in the amount of $1,000 for each

16   plaintiff, and jointly in the amount of $85,000 for their reasonable attorneys' fees and

17   costs incurred in prosecuting this action.  All other claims set forth in the Complaint

18   against Defendant Paul R. Stassinos are dismissed with prejudice.

19

20   DATED:  9/15/10          _____

21                           Hon. Ronald M. Whyte, Judge
                             United States District Court
22

23

24

25

26

27

28